UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE WATER BOATING, INC. D/B/A SANTA BARBARA SAILING CENTER, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PLAINS ALL AMERICAN PIPELINE, L.P., a Delaware limited partnership, and PLAINS PIPELINE, L.P., a Texas limited partnership, and JOHN DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-03283-PSG-JEM<br><br>[~~PROPOSED~~] **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

1  After full consideration by this Court of the Parties' Stipulation for Entry of
2  Protective Order, and for good cause showing.
3  IT IS HEREBY ORDERED THAT:
4
5  The Parties' Stipulation for Entry of Protective Order is GRANTED. The parties are
6  bound by the terms of the Stipulated Protective Order

DATED: Nov. 19, 2018

*/s/ John E. McDermott*

~~THE HONORABLE PHILIP S. GUTIERREZ~~

**JOHN E. McDERMOTT**
**UNITED STATES MAGISTRATE JUDGE**